# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

MYWEBGROCER, INC. )
    Plaintiff and Counterclaim )
    Defendant )
     )
v. )
     )   Civil Action No. 5:16-cv-00310 gwc
ADLIFE MARKETING & )
COMMUNICATIONS CO., INC. )
    Defendant and Counterclaim )
    Plaintiff )
     )

## <u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1,

Defendant Adlife Marketing & Communications Co., Inc., declares that it has no parent

corporation; no publicly traded corporation owns 10% or more of its stock; it has no subsidiaries;

and it has no affiliates that have issued shares of ownership to the public.

        Respectfully submitted,

        Adlife Marketing & Communications Co., Inc.

        By its attorneys:


        /s/ Gregory P. Howard
        Gregory P. Howard
        Donovan O'Connor & Dodig, LLP
        116 South Street
        Bennington, VT 05201
        (802) 442-3233
        gph@docatty.com

        Jack W. Pirozzolo (*Pro hac vice forthcoming*)
        Kenyon D. Colli (*Pro hac vice forthcoming*)
        Sidley Austin LLP
        60 State Street
        36th Floor
        Boston, MA 02109
        (617) 223-0304
        jpirozzolo@sidley.com

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2017.

_/s/ Gregory P. Howard_

GPH:jnn