JEFFREY S. EATON
CLERK

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❑ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 7, 2017

Peter B. Kunin, Esq.
Cathleen E. Stadecker, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190

Gregory P. Howard, Esq.
Donovan & O'Connor, LLP
Building 13, Floor 3
1330 Mass MoCA Way
North Adams, MA 01247

Re:   *MyWebGrocer, Inc. v. Adlife Marketing & Communications Co., Inc.*
      Docket No. 5:16-cv-310

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

   David L. Cleary, Esq., Rutland, Vermont
   Stephen D. Ellis, Esq., Springfield, Vermont
   Michael Palmer, Esq., Middlebury, Vermont

It is intended that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **February 24, 2017**.

Please do not hesitate to contact me with any questions.

                                              Sincerely,

                                              */s/ H. Beth Cota*
                                              ENE Administrator
                                              (802) 951-8113

---

[1] A full list of the Court's ENE panel is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene