# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| MyWebGrocer, Inc. | ) | |
| | ) | Civil Action No. 5:16-cv-00310-gwc |
|     Plaintiff/Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Adlife Marketing & | ) | |
| Communications Co., Inc.. | ) | |
| | ) | |
|     Defendant/Counterclaim Plaintiff | ) | |

## STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(3):

1.      The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before 5/31/17.

2.      The parties shall serve all interrogatories and requests for production on or before 10/31/17.

3.      Depositions of all non-expert witnesses shall be completed by 11/30/17.

4.      Plaintiff shall submit expert witness reports on or before 8/15/17.  Depositions of plaintiff's expert witnesses shall be completed by 9/30/17.

5.      Defendant shall submit expert witness reports on or before 10/15/17.  Depositions of defendant's expert witnesses shall be completed by 11/30/17.

6.      The Early Neutral Evaluation session shall be conducted at 10:00 a.m. on May 12, 2017. The parties have agreed that Michael Marks will serve as the early neutral evaluator.

7.      The parties shall serve all requests for admission on or before 10/31/17.

8.      All discovery shall be completed by 11/30/17.

9.      Motions for joinder of parties and amendments to the pleadings shall be filed on or before 9/15/17.

10.     Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before 1/31/18.

11.     This case shall be ready for trial by 3/30/18.


March 22, 2017                                          /Cathleen E. Stadecker/
*Date*                                                          *Counsel for Plaintiff(s)*


March 22, 2017                                          /Gregory P. Howard/
*Date*                                                          *Counsel for Defendant(s)*


**APPROVED and SO ORDERED:**        _____
                                                               U.S. District/Magistrate Judge

Date:  _____

17335322.1

2