UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 MAR 22 PM 4:57

CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| MyWebGrocer, Inc. | ) |
|     Plaintiff/Counterclaim Defendant | ) Civil Action No. 5:16-cv-00310-gwc |
| v. | ) |
| Adlife Marketing & Communications Co., Inc.. | ) |
|     Defendant/Counterclaim Plaintiff | ) |

## STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(3):

1. The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before 5/31/17.

2. The parties shall serve all interrogatories and requests for production on or before 10/31/17.

3. Depositions of all non-expert witnesses shall be completed by 11/30/17.

4. Plaintiff shall submit expert witness reports on or before 8/15/17. Depositions of plaintiff's expert witnesses shall be completed by 9/30/17.

5. Defendant shall submit expert witness reports on or before 10/15/17. Depositions of defendant's expert witnesses shall be completed by 11/30/17.

6. The Early Neutral Evaluation session shall be conducted at 10:00 a.m. on May 12, 2017. The parties have agreed that Michael Marks will serve as the early neutral evaluator.

7. The parties shall serve all requests for admission on or before 10/31/17.

8. All discovery shall be completed by 11/30/17.

Downs
Rachlin
Martin PLLC

9. Motions for joinder of parties and amendments to the pleadings shall be filed on or before 9/15/17.

10. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before 1/31/18.

11. This case shall be ready for trial by 3/30/18.

March 22, 2017 /Cathleen E. Stadecker/
*Date* *Counsel for Plaintiff(s)*

March 22, 2017 /Gregory P. Howard/
*Date* *Counsel for Defendant(s)*

**APPROVED and SO ORDERED:**

_____
U.S. District/Magistrate Judge

Date: 3/22/17

17335322.1