UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

Civil Action No. 5:16-cv-00310-gwc

| | |
|---|---|
| MYWEBGROCER, INC.<br>    Plaintiff<br><br>v.<br><br>ADLIFE MARKETING &<br>COMMUNICATIONS CO., INC.<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[DEFENDANT'S PROPOSED]
ORDER GRANTING MOTION TO ALLOW APPEARANCE OF DEFENDANT
BY TELEPHONE/VIDEOCONFERENCE AT ENE CONFERENCE

The Court has reviewed the Defendant's motion. Upon consideration, the Defendant's motion is allowed.

☐ Joel Albrizio, on behalf of Adlife Marketing & Communications Co., Inc., and its counsel may attend the ENE session via telephone or video conference.

or

☐ Joel Albrizio, on behalf of Adlife Marketing & Communications Co., Inc., Mr. Pirozzolo, and Ms. Colli may attend the ENE session via telephone or video conference. Local counsel shall be physically present at the ENE session.

This order shall apply regardless of whether the ENE is held as scheduled on May 12, 2017 or re-scheduled in accordance with the Local Rules.

IT IS SO ORDERED

Dated: _____       _____
                                                                    United States District Court
                                                                    For the District of Vermont

GPH:djb