UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

Civil Action No. 5:16-cv-00310-gwc

| | |
|---|---|
| MYWEBGROCER, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ADLIFE MARKETING & | ) |
| COMMUNICATIONS CO., INC. | ) |
| Defendant | ) |

## CERTIFICATION UNDER LOCAL RULE 7(a)(7)

I, Gregory Howard, counsel for the defendant, Adlife Marketing & Communications Co.,

Inc., certify that the defendant has made a good faith attempt to obtain the opposing party's

agreement to the requested relief before filing its Motion to Allow Appearance of Defendant by

Telephone/Videoconference at ENE Conference.

Dated: April 19, 2017

DEFENDANT ADLIFE MARKETING &
COMMUNICATIONS CO., INC.

By its attorneys,

/s/ Gregory P. Howard
Gregory P. Howard
Donovan O'Connor & Dodig, LLP
116 South Street
Bennington, VT 05201
Tel:  (802) 442-3233
Email:  mail@docatty.com/gph@docatty.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to
the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non-registered participants on April 19, 2017.

/s/ Gregory P. Howard

GPH:djb