U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 APR 20 PM 2:30

CLERK

BY (AW/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MY WEBGROCER, INC., )
)
   Plaintiff, )
)
v. ) Case No. 5:16-cv-310
)
ADLIFE MARKETING & )
COMMUNICATIONS CO., INC., )
)
   Defendant.

**<u>ENTRY ORDER</u>**

Motion to allow appearance of defendant by telephone or video conference (Doc. 19) is DENIED. The purpose of the ENE program is to settle cases at the earliest appropriate opportunity. Michael Marks is one of the most effective mediators in northern New England. As in any mediation, the likelihood of reaching settlement is greatly diminished if one party is not physically present. The court is always willing to adjust the timing of the mediation to meet the parties' needs. But the core requirement that both sides sit down together in the same room with principals present in a good faith effort to resolve their differences, is a fixed requirement in virtually all cases, including commercial disputes between experienced business operators such as this one. A telephone call or a skype appearance is no substitute.

   Dated at Burlington, in the District of Vermont, this 20th day of April, 2017.

Geoffrey W. Crawford, Judge
United States District Court