UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

Civil Action No. 5:16-cv-00310-gwc

| | |
|---|---|
| MYWEBGROCER, INC.,<br>    Plaintiff and<br>    Counterclaim Defendant<br><br>v.<br><br>ADLIFE MARKETING &<br>COMMUNICATIONS CO., INC.,<br>    Defendant and<br>    Counterclaim Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION TO EXTEND DISCOVERY ORDER BY 60 DAYS

    NOW COMES counsel for the Defendant and Plaintiff-in-Counterclaim, Adlife Marketing & Communications Co., Inc. ("Adlife"), who requests that this honorable court extend the discovery order deadlines by 60 days in the above-captioned matter. In support of this matter, counsel states that a motion to withdraw counsel has been concurrently filed with this motion. A sixty day extension of the discovery deadlines will allow Adlife's new counsel sufficient time to enter the case and become familiar with the same. As no substantive discovery has taken place, such an extension will not cause any substantial delay in the prosecution of this case nor will it cause any substantial or undue prejudice to Mywebgrocer, Inc. A proposed order is being filed concurrently with this motion.

    WHEREFORE, Adlife Marketing & Communications Co., Inc. and its counsel requests this honorable Court to allow this Motion to Withdraw for the aforementioned reasons.

    Dated: May 23, 2017

DEFENDANT ADLIFE MARKETING &
COMMUNICATIONS CO., INC.

By its attorneys,

/s/ *Gregory P. Howard*
Gregory P. Howard
Donovan O'Connor & Dodig, LLP
116 South Street
Bennington, VT 05201
Tel: (802) 442-3233
Email: mail@docatty.com/gph@docatty.com

Jack W. Pirozzolo (*Pro hac vice*)
Kenyon D. Colli (*Pro hac vice*)
Sidley Austin LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304
Email: jpirozzolo@sidley.com

GPH:jnn