UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

Civil Action No. 5:16-cv-00310-gwc

| | |
|---|---|
| MYWEBGROCER, INC., <br>    Plaintiff and <br>    Counterclaim Defendant <br><br> v. <br><br> ADLIFE MARKETING & <br> COMMUNICATIONS CO., INC., <br>    Defendant and <br>    Counterclaim Plaintiff | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION TO WITHDRAW

NOW COMES counsel for the Defendant and Plaintiff-in-Counterclaim, Adlife Marketing & Communications Co., Inc. ("Adlife"), who requests that this honorable court allow the withdrawal of:

1)     Jack W. Pirozzolo (*Pro hac vice*)
       Sidley Austin LLP
       60 State Street, 36th Floor
       Boston, MA 02109
       Tel: (617) 223-0304
       Email: jpirozzolo@sidley.com

2)     Kenyon D. Colli (*Pro hac vice*)
       Sidley Austin LLP
       60 State Street, 36th Floor
       Boston, MA 02109
       Tel: (617) 223-0304
       Email: kcolli@sidley.com

In support of this motion, counsel states that Adlife no longer wishes to be represented by the above counsel. Adlife's new counsel, Mathew Higbee, has filed a motion for admission *pro hac vice* with this court. Donovan O'Connor & Dodig, LLP will remain local counsel and is not requesting to withdraw from this matter.

WHEREFORE, Adlife Marketing & Communications Co., Inc. and its counsel requests this honorable Court to allow this Motion to Withdraw for the aforementioned reasons.

Dated: June 5, 2017

        DEFENDANT ADLIFE MARKETING &
        COMMUNICATIONS CO., INC.

        By its attorneys,

        /s/ Gregory P. Howard
        Gregory P. Howard
        Donovan O'Connor & Dodig, LLP
        116 South Street
        Bennington, VT 05201
        Tel: (802) 442-3233
        Email: mail@docatty.com/gph@docatty.com

        Jack W. Pirozzolo (Pro hac vice)
        Kenyon D. Colli (Pro hac vice)
        Sidley Austin LLP
        60 State Street, 36th Floor
        Boston, MA 02109
        Tel: (617) 223-0304
        Email: jpirozzolo@sidley.com

GPH:jnn