# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MYWEBGROCER, INC. )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff and 　　　　　　　　　 )<br>　　　　　Counterclaim Defendant 　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>ADLIFE MARKETING &, 　　　　　　　 )<br>COMMUNICATIONS CO., INC. 　　　　　)<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　Defendant 　　　　　　　　　　 )<br>　　　　　Counterclaim Plaintiff 　　　　　　 )<br>_____ ) | Civil Action No. 5:16-cv-00310-gwc |

## **DISCOVERY CERTIFICATE**

The undersigned hereby certifies that on July 24, 2017, Plaintiff served its Responses to Defendant's Special Interrogatories (Set One), Responses to Defendant's Requests for Production (Set One), and Responses to Defendant's Requests for Admission (Set One), by electronic mail, with a courtesy copy via U.S. mail, on the following:

    Naomi Sarega, Esq. - nsarega@higbeeassociates.com
    Gregory P. Howard, Esq. - gph@docatty.com

    Mathew Higbee, Esq.
    HIGBEE & ASSOCIATES
    1504 Brookhollow Dr., Suite 112
    Santa Ana, CA 92705
    mhigbee@higbeeassociates.com

| | |
|---|---|
| July 25, 2017 | /s/ Cathleen E. Stadecker<br>Cathleen E. Stadecker<br>DOWNS RACHLIN MARTIN PLLC<br>Courthouse Plaza<br>199 Main Street<br>P.O. Box 190<br>Burlington, VT 05402-0190<br>Telephone: 802-863-2375<br>cstadecker@drm.com |