UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| MyWebGrocer, Inc. | ) | |
| | ) | Civil Action No. 5:16-cv-00310-gwc |
| Plaintiff/Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Adlife Marketing & | ) | |
| Communications Co., Inc. | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff | ) | |

## DISCOVERY CERTIFICATE

The undersigned hereby certifies that on April 12, 2018, Plaintiff MyWebGrocer, Inc. served a Notice of Deposition (Joel Albrizio) on Defendant/Counterclaim Plaintiff, by first-class mail and/or electronic mail, on the following:

    Naomi Sarega, Esq. - nsarega@higbeeassociates.com
    Gregory P. Howard, Esq. - gph@docatty.com
    Mathew Higbee, Esq. - mhigbee@higbeeassociates.com

Dated at Burlington, Vermont this 13th day of April, 2018.

    DOWNS RACHLIN MARTIN PLLC

    /s/ Matthew S. Borick
    Cathleen E. Stadecker
    cstadecker@drm.com
    Matthew S. Borick
    mborick@drm.com
    199 Main Street
    PO Box 190
    Burlington, VT 05402-0190
    Phone: 802.863-2375
    Fax: 802.862.7512

    *Attorneys for Plaintiff/Counterclaim Defendant MyWebGrocer, Inc.*

18247102.1