UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| MyWebGrocer, Inc. | ) | |
| | ) | |
|    Plaintiff/Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:16-cv-00310-gwc |
| | ) | |
| Adlife Marketing & Communications Co., Inc.. | ) ) | |
| | ) | |
|    Defendant/Counterclaim Plaintiff | ) | |

### *PROPOSED* AMENDMENTS TO STIPULATED DISCOVERY SCHEDULE/ORDER

The parties submit the following proposed amendments to the Stipulated Discovery Schedule/Order pursuant to Local Rule 26(a):

- Depositions of all non-expert witnesses shall be completed by **August 17, 2018**.

- Parties shall submit expert witness disclosures and reports on issues for which they bear the burden of proof, if any, by **August 24, 2018**.  Any responsive expert disclosures and reports shall be submitted by **October 1, 2018**.  Depositions of expert witnesses shall be completed by **November 2, 2018**.

- All discovery shall be completed by **November 2, 2018**.

- Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before **December 17, 2018**.

- This case shall be ready for trial by **February 15, 2019**.

WHEREFORE, the parties respectfully request that the Court GRANT their proposed amendments to the Stipulated Discovery Schedule/Order.

April 17, 2018                                      /s/ Cathleen E. Stadecker
                                                                               /s/ Matthew S. Borick
                                                                               *Counsel for Plaintiff(s)*

April 17, 2018                                                  /s/ Gregory P. Howard
                                                                /s/ Mathew K. Higbee
                                                                *Counsel for Defendant(s)*


**APPROVED and SO ORDERED:**                    _____
                                                U.S. District/Magistrate Judge

Date: _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2018, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will provide notice of such filing to the following NEF counsel:

      Gregory P. Howard, Esq., ghoward@docatty.com, jnn@docatty.com
      Mathew K. Higbee, Esq., mhigbee@higbeeassociates.com
      Naomi M. Sarega, Esq., nsarega@higbeeassociates.com

                            /s/ Matthew S. Borick
                            Matthew S. Borick

18247258.1