# EXHIBIT J

## TO

## AFFIDAVIT OF MATTHEW S. BORICK

Douglas Fleurant
June 22, 2018

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF VERMONT
 3            CIVIL ACTION NO.:  5:16-cv-00310-gwc
 4
 5      *******************************************
 6      MYWEBGROCER, INC.,                         *
 7                  PLAINTIFF                      *
 8                  COUNTERCLAIM DEFENDANT         *
 9      v.                                         *
10                                                 *
11      ADLIFE MARKETING &                         *
12      COMMUNICATIONS CO., INC.,                  *
13                  DEFENDANT                      *
14                  COUNTERCLAIM PLAINTIFF         *
15      *******************************************
16              DEPOSITION OF:  DOUGLAS FLEURANT
17                ADLER, POLLOCK & SHEEHAN, P.C.
18                 One Citizens Plaza, 8th Floor
19                    Providence, Rhode Island
20
21                  June 22, 2018  11:19 a.m.
22
23
24                     Pauline L. Bailey
25                    Professional Reporter
```

```
 1        Q.    And do you have any -- any on-line
 2   receipts or any other records that come from the
 3   copyright office?
 4        A.    Yes, I would have e-mails signifying
 5   that the payment has been made.
 6        Q.    Okay.  So, you have those e-mails?
 7        A.    Yes.
 8        Q.    Do you still have those e-mails?
 9        A.    I am sure I -- I store them all.
10        Q.    Okay.  And where do you store the e-
11   mails?
12        A.    In my Google e-mail, my Google mail.
13        Q.    Were you asked to provide those as
14   part of the discovery process from counsel to
15   provide those e-mails?
16        A.    No one specifically asked me to
17   produce those.
18        Q.    Okay.  Did you -- were you involved
19   in actually in producing information for the
20   discovery process in this case?
21        A.    Not personally.
22        Q.    Okay.  Not personally, so you weren't
23   asked to look for information?
24        A.    No, I -- I do not recall any specific
25   request from me for information.
```