Mathew K. Higbee (*Pro Hac Vice*)
Naomi Sarega (*Pro Hac Vice*)
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
nsarega@higbeeassociates.com

Gregory P. Howard
DONOVAN O'CONNOR & DODIG
116 South St.,
Bennington, VT 05201
(802) 442-3233
gph@docatty.com
*Attorneys for Defendant/Counterclaim Plaintiff,*
*ADLIFE MARKETING*
*& COMMUNICATIONS CO., INC.,*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MYWEBGROCER, INC.,<br><br>　　　　Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>ADLIFE MARKETING &<br>COMMUNICATIONS CO., INC.,<br><br>　　　　Defendant and<br>Counterclaim Plaintiff. | Civil Action No. 5:16-CV-00310-GWE<br><br>**NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>**Filed Concurrently:**<br><br>1. Memorandum of Points and Authorities In Support Thereof |

**PLEASE TAKE NOTICE** that Defendant and Counterclaim Plaintiff Adlife Marketing & Communications Co., Inc. (hereinafter "Adlife"), will and hereby does, respectfully move this Court for partial judgment on the pleadings as to Plaintiff and Counterclaim Defendant MyWebGrocer Inc.'s ("MyWebGrocer") claim under 9 V.S.A. § 2451 *et seq.* as articulated in

First Amended Complaint. This motion is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and Local Rules 7.

In support, Defendant Adlife relies upon this Notice of Motion and Motion, the Memorandum of Points and Authorities attached herein, and any matters of which the Court may or must take judicial notice.

Dated: July 31, 18

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Naomi M. Sarega, Esq.
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
nsarega@higbeeassociates.com

**/s/ Gregory P. Howard**
Gregory P. Howard
**Donovan O'Connor & Dodig, LLP**
116 South St.
Bennington, VT 05201
(802) 442-3233
gph@docatty.com
*Attorneys for Defendant/ Counterclaim Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on this **31st** day of **July, 2018**, on all counsel or parties of record on the service list below.

/s/ **Gregory P. Howard**
Gregory P. Howard

## SERVICE LIST

Matthew S. Borick
mborick@drm.com
Cathleen E. Stadecker
cstadecker@drm.com
Peter Kunin
pkunin@drm.com
**DOWNS RACHLIN MARTIN, PLLC**
199 Main Street
P.O. Box 190
Burlington, VT 05402