# Exhibit "F"



## RE: MyWebGrocer v. Adlife - Continued Deposition Dates [DRM-ID.FID876489]

**Matt Borick** <mborick@drm.com>   Mon, Oct 8, 2018 at 7:52 AM
To: Naomi Sarega <nsarega@higbeeassociates.com>
Cc: Ryan Carreon <rcarreon@higbeeassociates.com>, Cathleen Stadecker <CStadecker@drm.com>, "Evan J. O'Brien" <EOBrien@drm.com>, "Gregory P. Howard" <gph@docatty.com>, Leeah Banks <lbanks@higbeeassociates.com>, Mathew Higbee <mhigbee@higbeeassociates.com>

Hi Naomi,

We have availability on our end during the week of Oct. 22 and also October 29-30, as follows:

Oct. 22 – generally open

Oct. 23 – generally open except from 9-10am

Oct. 24 – generally open

Oct. 25 – open between 8-1:30pm

Oct. 26 – open between 8-1:30pm

Oct. 29 – open between 8-2:30pm

Oct. 30 – open between 8-2:30pm

Regards,

Matt

**Matthew S. Borick** | Director | Litigation and Intellectual Property Law Groups
**Downs Rachlin Martin PLLC** | **Business Sense · Legal Ingenuity**
199 Main Street, PO Box 190 | Burlington, VT 05402-0190
Direct: 802-846-8344 | Main: 802-863-2375 | Fax: 802-862-7512
mborick@drm.com | www.drm.com

Downs Rachlin Martin PLLC is the exclusive member firm for Vermont of Lex Mundi, the world's leading association of independent law firms with in-depth experience in 100+ countries worldwide

---

**From:** Naomi Sarega [mailto:nsarega@higbeeassociates.com]
**Sent:** Friday, October 05, 2018 5:59 PM
**To:** Matt Borick

**Cc:** Ryan Carreon; Cathleen Stadecker; Evan J. O'Brien; Gregory P. Howard; Leeah Banks; Mathew Higbee
**Subject:** Re: MyWebGrocer v. Adlife - Continued Deposition Dates [DRM-ID.FID876489]

Hi Matt,

As Ryan also mentioned, I spoke to the clerk today regarding a settlement conference with Judge Crawford. I told the court that I would confer with you to see if MWG is willing to participate in a settlement conference and then get back to them by Monday.

The clerk also informed me that the Judge's calendar has cleared significantly for the month of October and that the Judge will be taking a leave starting early November so we should get this scheduled right away. Please let me know if MWG is willing to participate in a settlement conference and, if so, what dates would work best.

Thank you,

Naomi


Naomi Sarega
Supervising Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Phone: (714) 617-8325


Licenses: CA # 306967  IN #34182-49

Admitted in federal courts in additional states.

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message. Thank you very much.



# RE: MyWebGrocer v. Adlife - Continued Deposition Dates [DRM-ID.FID876489]

**Naomi Sarega** <nsarega@higbeeassociates.com>　　　　　　　　　　　　Mon, Oct 8, 2018 at 10:10 AM
To: Matt Borick <mborick@drm.com>
Cc: Ryan Carreon <rcarreon@higbeeassociates.com>, Cathleen Stadecker <CStadecker@drm.com>, "Evan J. O'Brien" <EOBrien@drm.com>, "Gregory P. Howard" <gph@docatty.com>, Leeah Banks <lbanks@higbeeassociates.com>, Mathew Higbee <mhigbee@higbeeassociates.com>

Hi Matt,

Thank you for your reply. The week of the 29th and 30th would be better for us. I will reach out to the court to see what dates the court has available and confer with you.

Since we are setting up a settlement conference, would MWG stipulate to a 30 day extension on the deposition deadline? This would save both parties time and money if we can successfully settle at the conference. Adlife is planning on filing a motion to extend the deadline in the next day or two, but in the interest of efficiency would like to file a stipulated motion if MWG agrees.

Thank you,
Naomi


Naomi Sarega
Supervising Attorney
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Phone: (714) 617-8325


Licenses: CA # 306967  IN #34182-49
Admitted in federal courts in additional states.

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message. Thank you very much.



## RE: MyWebGrocer v. Adlife - Continued Deposition Dates [DRM-ID.FID876489]

**Matt Borick** <mborick@drm.com>  Tue, Oct 9, 2018 at 6:12 AM
To: Naomi Sarega <nsarega@higbeeassociates.com>
Cc: Ryan Carreon <rcarreon@higbeeassociates.com>, Cathleen Stadecker <CStadecker@drm.com>, "Evan J. O'Brien" <EOBrien@drm.com>, "Gregory P. Howard" <gph@docatty.com>, Leeah Banks <lbanks@higbeeassociates.com>, Mathew Higbee <mhigbee@higbeeassociates.com>

Hi Naomi,

My apologies for the delay in getting back to you. And thanks for coordinating with the Court.

Concerning Adlife's request, MWG does not consent to a further extension.

Regards,

Matt

**Matthew S. Borick** | Director | Litigation and Intellectual Property Law Groups
**Downs Rachlin Martin PLLC** | **Business Sense · Legal Ingenuity**
199 Main Street, PO Box 190 | Burlington, VT 05402-0190
Direct: 802-846-8344 | Main: 802-863-2375 | Fax: 802-862-7512
mborick@drm.com | www.drm.com

Downs Rachlin Martin PLLC is the exclusive member firm for Vermont of Lex Mundi, the world's leading association of independent law firms with in-depth