UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MYWEBGROCER, INC. )<br>)<br>　　　　Plaintiff and )<br>　　　　Counterclaim Defendant )<br>)<br>　　v. )<br>)<br>ADLIFE MARKETING &, )<br>COMMUNICATIONS CO., INC. )<br>)<br>　　　　Defendant and )<br>　　　　Counterclaim Plaintiff )<br>_____ ) | Civil Action No. 5:16-cv-00310-gwc |

**INDEX OF EXHIBITS TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to this Court's February 20, 2019 Notice of Revision to Administrative Procedures for Electronic Case Filing, Plaintiff MyWebGrocer, Inc. ("MyWebGrocer") submits the following Index identifying each document filed concurrently with MyWebGrocer's Local Rule 56(a) Statement of Undisputed Material Facts and cited therein.

| Document | Description |
|---|---|
| MyWebGrocer's Statement of Undisputed Facts[1] | |
| Index of Exhibits | |
| Declaration of Matthew S. Borick, Esq.[2] | |
| • Exhibit 1 | Relevant excerpts from the Deposition of Jeremiah Tarrant |

---

[1] MyWebGrocer's Statement of Undisputed Facts supports both its Motion for Summary Judgment on Liability and its Motion for Summary Judgment on Damages.

[2] All documents denominated as "Exhibits" in this Index are exhibits to the Declaration of Matthew S. Borick, Esq., and are identified in that Declaration.

|  |  | in this matter |
|---|---|---|
| • | Exhibit 2 | Document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-020-735 |
| • | Exhibit 3 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. VA 2-020-735 |
| • | Exhibit 4 | March 24, 2000 purchase record from Multi-Ad Services |
| • | Exhibit 5 | Document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-019-921 |
| • | Exhibit 6 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. VA 2-019-921 |
| • | Exhibit 7 | Document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-017-741 |
| • | Exhibit 8 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. VA 2-017-741 |
| • | Exhibit 9 | Document produced by Defendant in this matter and identified as a "photography license audit" pertaining to the "WrapTurkeyHam001" image |
| • | Exhibit 10 | Email correspondence between representatives from MyWebGrocer, Pennington Quality Market, and Media Minds |
| • | Exhibit 11 | Document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-022-602 |
| • | Exhibit 12 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. VA 2-022-602 |
| • | Exhibit 13 | Excerpt from MyWebGrocer's master services agreement with Piggly Wiggly |
| • | Exhibit 14 | Document produced by Defendant in this matter and identified as the "PreparedFoodPhotos.com Subscriber Listing. |
| • | Exhibit 15 | Print-out of a webpage accessed at https://preparedfoodphotos.com/Food-Stock-Photography/22768/Three-Loose-Mangos.html (last accessed on Feb. 22, 2019) |
| • | Exhibit 16 | Document produced by Defendant in this matter and |

| | | |
|---|---|---|
| | | represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-047-017 |
| • | Exhibit 17 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. 2-047-017 |
| • | Exhibit 18 | Excerpt from MyWebGrocer's master services agreement with Key Food |
| • | Exhibit 19 | Document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-012-581 |
| • | Exhibit 20 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. VA 2-012-581 |
| • | Exhibit 21 | Email correspondence between representatives from MyWebGrocer and iStock |
| • | Exhibit 22 | Relevant excerpt from MyWebGrocer's download history from iStock |
| • | Exhibit 23 | 2009 license form furnished by iStock |
| • | Exhibit 24 | Relevant excerpt from MyWebGrocer's download history from iStock |
| • | Exhibit 25 | 2007 license form furnished by iStock |
| • | Exhibit 26 | Relevant excerpts from Defendant's Response to MyWebGrocer's Second Set of Interrogatories and Document Requests (Set One) |
| • | Exhibit 27 | Relevant excerpts from Defendant's April 2, 2018 response to MyWebGrocer's meet-and-confer letter |
| • | Exhibit 28 | Relevant excerpts from Defendant's Responses to MyWebGrocer's Requests for Production (Set Three) |
| • | Exhibit 29 | Relevant excerpts from the Deposition of Joel Albrizio in this matter |
| • | Exhibit 30 | Complaint in an action styled Albrizio v. Puccio, Civil Action No: 10–2845–BLS1, 2010 WL 8112586 (Mass. Super. Ct. Jul. 16, 2010) |
| • | Exhibit 31 | Memorandum of Decision and Order in <u>Albrizio v. Puccio</u>, reported at 28 Mass. L. Rptr. 298, 2011 WL 1771077, (Mass. Super. Ct. Apr. 11, 2011) |
| • | Exhibit 32 | Print-out of a webpage accessed at https://radaris.com/~Joel-Albrizio/1204080499 (last accessed on Feb. 22, 2019) |
| • | Exhibit 33 | Exhibit 2 to the June 21, 2018 deposition of Joel Albrizio in this matter |
| • | Exhibit 34 | Print-out of a webpage accessed at https://www.linkedin.com/in/joelalbrizio (last accessed on Aug. 27, 2018) |

| | |
|---|---|
| • Exhibit 35 | Document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of U.S. Copyright Registration No. VA 2-014-708 |
| • Exhibit 36 | Relevant excerpt from a document produced by Defendant in this matter and represented by Defendant to be a true and correct copy of the deposit material for U.S. Copyright Registration No. 2-014-708 |
| • Exhibit 37 | Print-out of a webpage accessed at https://www.beefitswhatsfordinner.com/marketing-resources/beef-promotion-assets (last accessed on Feb. 22, 2019) |
| • Exhibit 38 | Document produced by Defendant in this action entitled "Adlife Digital Food Photography Distributor Agreement" |
| • Exhibit 39 | Email correspondence between representatives from MyWebGrocer and Multi-Ad Services |
| • Exhibit 40 | Print-out of a webpage accessed at https://www.istockphoto.com/faq/purchasing (last accessed on Feb. 22, 2019) |
| • Exhibit 41 | Print-out of a webpage accessed at https://www.istockphoto.com/plans-and-pricing (last accessed on Feb. 22, 2019) |
| • Exhibit 42 | Print-out of a webpage accessed at http://www.preparedfoodphotos.com/ (last accessed on Feb. 22, 2019) |
| • Exhibit 43 | Print-out of a webpage accessed at https://preparedfoodphotos.com/terms.of.use.php (last accessed on Feb. 22, 2019) |
| Affidavit of Allison M. Berger | |
| Affidavit of David Ciolfi | |
| Affidavit of Marc Radosevic | |
| Affidavit of Michael Rothwell | |
| Affidavit of Jeremiah Tarrant | |
| Affidavit of Robert Tegge | |

- 5 -

Dated at Burlington, Vermont this 1st day of March, 2019.

                                                                                 MYWEBGROCER, INC.

                                                                               __/s/ Matthew S. Borick_____
                                                                               Cathleen E. Stadecker
                                                                               Matthew S. Borick
                                                                               Evan J. O'Brien
                                                                               Downs Rachlin Martin PLLC
                                                                               199 Main Street
                                                                               P.O. Box 190
                                                                               Burlington, VT 05402-0190
                                                                               Telephone: 802-863-2375
                                                                               Fax: 802-862-7512
                                                                               cstadecker@drm.com
                                                                               mborick@drm.com
                                                                               eobrien@drm.com

                                                                               Attorneys For MyWebGrocer, Inc.