**Exhibit 36 to the Declaration of Matthew S. Borick**

# Adlife Compliation 081716

| IMAGE | FILE NAME |
|---|---|



CupcakeAsst010

Creation Date: 10/28/2007

Publication Date: 11/15/2007



BeefRibRoastBnIn002

Creation Date: 09/29/2007

Publication Date: 10/04/2007



Bagel003

Creation Date: 11/08/2007

Publication Date: 11/15/2007



BeefRibRoastBnIn004

Creation Date: 09/09/2007

Publication Date: 09/20/2007



BagelCreamCheese001

Creation Date: 11/08/2007

Publication Date: 11/15/2007



Cannoli002

Creation Date: 07/03/2007

Publication Date: 07/18/2007



CroissantBasket001

Creation Date: 04/14/2007

Publication Date: 04/26/2007



SconeCranberry002

Creation Date: 03/22/2007

Publication Date: 04/05/2007



StickyBun002

Creation Date: 01/05/2007



Publication Date: 01/09/2007



TurnoverApple005

Creation Date: 07/03/2007

Publication Date: 07/18/2007



TurnoverApple006

Creation Date: 04/14/2007

Publication Date: 04/26/2007



BeefShortRib001

Creation Date: 11/08/2007

Publication Date: 11/15/2007



BeefShortRibBack001

Creation Date: 07/03/2007

Publication Date: 07/18/2007



BeefShortRibChuck001

Creation Date: 07/03/2007

Publication Date: 07/18/2007



BeefShortRibFlanken003

Creation Date: 01/05/2007

Publication Date: 01/09/2007



BeefSirloinStripSteak008

Creation Date: 04/14/2007

Publication Date: 04/26/2007



BeefStewMeat005

Creation Date: 04/14/2007

Publication Date: 04/26/2007



MuffinAsst003

Creation Date: 07/03/2007



Publication Date: 07/18/2007



TeaIcedPitcher004

Creation Date: 09/09/2007

Publication Date: 09/20/2007



AppleCider001

Creation Date: 09/09/2007

Publication Date: 09/20/2007



AppleCider002

Creation Date: 09/09/2007

Publication Date: 09/20/2007



SodaColaGlass004

Creation Date: 07/03/2007

Publication Date: 07/18/2007





JuiceApple001

Creation Date: 04/14/2007

Publication Date: 04/26/2007



JuiceAsst001

Creation Date: 03/22/2007

Publication Date: 04/05/2007



MuffinAsst004

Creation Date: 01/05/2007

Publication Date: 01/09/2007



MuffinBlueberry002

Creation Date: 01/05/2007

Publication Date: 01/09/2007



MuffinChocolateChip002

Creation Date: 01/05/2007

Publication Date: 01/09/2007





FettuciniAlfredo001

Creation Date: 01/31/2007

Publication Date: 02/07/2007



FettuciniAlfredo002

Creation Date: 01/31/2007

Publication Date: 02/07/2007



MuffinEnglish003

Creation Date: 04/21/2007

Publication Date: 05/02/2007



PieApple022

Creation Date: 07/25/2007

Publication Date: 08/16/2007



PieBlueberry003



Creation Date: 06/13/2007

Publication Date: 06/21/2007



Gnocchi002

Creation Date: 09/09/2007

Publication Date: 09/20/2007



PieBlueberry005

Creation Date: 07/13/2007

Publication Date: 07/30/2007



PieBlueberry010

Creation Date: 07/13/2007

Publication Date: 07/30/2007



PieBumbleberry001

Creation Date: 07/25/2007

Publication Date: 07/30/2007



PieChocolateIceCream001

Creation Date: 09/27/2007

Publication Date: 10/10/2007



MacaroniCheese002

Creation Date: 11/08/2007

Publication Date: 11/15/2007



PiePumpkin001

Creation Date: 07/26/2007

Publication Date: 08/16/2007



MacaroniCheese009

Creation Date: 06/15/2007

Publication Date: 07/02/2007



PieRicotta002



Creation Date: 06/13/2007

Publication Date: 06/21/2007



PieStrawberry003

Creation Date: 06/13/2007

Publication Date: 06/21/2007



MacaroniCheese010

Creation Date: 06/15/2007

Publication Date: 07/02/2007



PieStrawberry006

Creation Date: 07/05/2007

Publication Date: 07/17/2007



MacaroniCheeseCasserole001

Creation Date: 07/28/2007

Publication Date: 08/16/2007



SpaghettiMeatball001

Creation Date: 06/21/2007

Publication Date: 07/02/2007



EggBacon006

Creation Date: 08/22/2007

Publication Date: 08/18/2007



EggBenedict001

Creation Date: 06/13/2007

Publication Date: 06/21/2007