# Exhibit 29

**From:** **Veronica Langridge** veronica.langridge@gettyimages.com
**Subject:** RE: Findings on licenses from iStock for MyWebGrocer
**Date:** August 29, 2017 at 9:14 AM
**To:** Emily Simpson esimpson@higbeeassociates.com

Hi Emily,

Unfortunately I have been unable to located any licenses for MWG for the images not crossed out on the listing that you provided. This does not mean that the uses were not licensed, as they may be have been licensed by another account that we are unaware of for MWG.

**Veronica Langridge** | Claims Specialist
p: +14033986839





  

**From:** Emily Simpson [mailto:esimpson@higbeeassociates.com]
**Sent:** August-23-17 2:21 PM
**To:** Veronica Langridge <veronica.langridge@gettyimages.com>
**Cc:** Heather Cameron <heather.cameron@gettyimages.com>; Naomi Sarega <nsarega@higbeeassociates.com>
**Subject:** Re: Findings on licenses from iStock for MyWebGrocer

Hi Veronica-

The attached spreadsheet has color images. There are 66 total images. However, 26 images you have already checked into for us (Those were the ones I crossed out on the previous attachment). The remaining 40 are the ones we need licensing information about in regards to MWG. Thanks again so much for your assistance in this matter!
Emily Simpson
Attorney at Law
CA Bar #239735

Law Offices of Higbee & Associates
www.HigbeeAssociates.com
1504 Brookhollow Dr. Suite 112

| | | |
|---|---|---|
| **Total Images Involved:** | 66 | |
| **Total Infringement Count:** | 4,436 | (Last Updated August 18, 2017) |

| | | |
|---|---|---|
| | Image Name: | BeefBrisket001 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | July 11, 1999 |
| | Publication Date: | July 23, 1999 |
| | First Documented Appearance: | July 19, 2016 |
| | Infringement Count: | 5 |

| | | |
|---|---|---|
| | Image Name: | BeefCheeseburger003 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | August 3, 1999 |
| | Publication Date: | August 16, 1999 |
| | First Documented Appearance: | June 1, 2017 |
| | Infringement Count: | 11 |

| | | |
|---|---|---|
| | Image Name: | BeefChuckSteakBnls007 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | August 4, 1999 |
| | Publication Date: | August 10, 1999 |
| | First Documented Appearance: | June 1, 2017 |
| | Infringement Count: | 7 |

| | | |
|---|---|---|
| | Image Name: | BeefChuckSteakBnlsGrlMrk001 |
| | Registration Number: | VA0002009665 |
| | Registration Date: | July 12, 2016 |
| | Creation Date: | September 10, 2009 |
| | Publication Date: | September 17, 2009 |
| | First Documented Appearance: | July 5, 2017 |
| | Infringement Count: | 5 |

| | | |
|---|---|---|
| | Image Name: | BeefFlankSteak005 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | August 3, 1999 |
| | Publication Date: | August 16, 1999 |
| | First Documented Appearance: | July 5, 2017 |
| | Infringement Count: | 64 |

| | | |
|---|---|---|
| | Image Name: | BeefHamburger010_ADL |
| | Registration Number: | VA0002047015 |

| | | |
|---|---|---|
| | Registration Date: | January 15, 2017 |
| | Creation Date: | July 18, 1998 |
| | Publication Date: | July 25, 1998 |
| | First Documented Appearance: | July 19, 2017 |
| | Infringement Count: | 1 |
| | Image Name: | BeefRibEyeBnInGrlMrk005_ADL |
| | Registration Number: | VA0002047019 |
| | Registration Date: | January 13, 2017 |
| | Creation Date: | June 16, 1999 |
| | Publication Date: | June 23, 1999 |
| | First Documented Appearance: | July 6, 2017 |
| | Infringement Count: | 1 |
| | Image Name: | BeefShortRibChuck001 |
| | Registration Number: | VA0002014708 |
| | Registration Date: | August 23, 2016 |
| | Creation Date: | July 3, 2007 |
| | Publication Date: | July 18, 2007 |
| | First Documented Appearance: | May 30, 2017 |
| | Infringement Count: | 1 |
| | Image Name: | BeefSirloinSteakGrlMrk009_ADL |
| | Registration Number: | VA0002047019 |
| | Registration Date: | January 13, 2017 |
| | Creation Date: | July 21, 1999 |
| | Publication Date: | August 5, 1999 |
| | First Documented Appearance: | July 20, 2017 |
| | Infringement Count: | 4 |
| | Image Name: | BeefSloppyJoe001 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | September 14, 1999 |
| | Publication Date: | September 20, 1999 |
| | First Documented Appearance: | June 1, 2017 |
| | Infringement Count: | 9 |
| | Image Name: | BeefStuffedPepper001 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | September 14, 1999 |
| | Publication Date: | September 20, 1999 |
| | First Documented Appearance: | June 1, 2017 |
| | Infringement Count: | 6 |
| | Image Name: | BeefTenderloinCookedHR0311 |



| | |
|---|---|
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | January 4, 1994 |
| Publication Date: | January 11, 1994 |
| First Documented Appearance: | July 20, 2017 |
| Infringement Count: | 4 |



| | |
|---|---|
| Image Name: | BeerBratwurstHR0607 |
| Registration Number: | VA0002024712 |
| Registration Date: | December 18, 2016 |
| Creation Date: | March 19, 1994 |
| Publication Date: | March 26, 1994 |
| First Documented Appearance: | July 19, 2017 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | Blueberry003_ADL |
| Registration Number: | VA0002047017 |
| Registration Date: | March 5, 2017 |
| Creation Date: | November 21, 2000 |
| Publication Date: | December 5, 2000 |
| First Documented Appearance: | July 3, 2017 |
| Infringement Count: | 135 |



| | |
|---|---|
| Image Name: | BolognaRollSlices001_ADL |
| Registration Number: | VA0002033004 |
| Registration Date: | March 15, 2017 |
| Creation Date: | April 13, 1995 |
| Publication Date: | April 20, 1995 |
| First Documented Appearance: | July 7, 2017 |
| Infringement Count: | 97 |



| | |
|---|---|
| Image Name: | BratsRawHC1010 |
| Registration Number: | VA0002055128 |
| Registration Date: | June 8, 2017 |
| Creation Date: | August 16, 2001 |
| Publication Date: | August 25, 2001 |
| First Documented Appearance: | July 19, 2017 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | CakeDonutHolesHR0308 |
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | November 19, 1994 |
| Publication Date: | November 26, 1994 |
| First Documented Appearance: | July 7, 2017 |
| Infringement Count: | 97 |

| | |
|---|---|
| Image Name: | CantaloupeHR0307 |
| Registration Number: | VA0002021644 |
| Registration Date: | November 4, 2016 |
| Creation Date: | October 20, 1996 |
| Publication Date: | October 27, 1996 |
| First Documented Appearance: | July 3, 2017 |
| Infringement Count: | 3 |

| | |
|---|---|
| Image Name: | CheeseAmericanYellow002 |
| Registration Number: | VA0002009665 |
| Registration Date: | July 12, 2016 |
| Creation Date: | August 1, 2013 |
| Publication Date: | August 8, 2013 |
| First Documented Appearance: | July 7, 2017 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | ChickenBreastBnlsGrlMrk007 |
| Registration Number: | VA0002017741 |
| Registration Date: | September 20, 2016 |
| Creation Date: | June 18, 2005 |
| Publication Date: | June 26, 2005 |
| First Documented Appearance: | June 1, 2017 |
| Infringement Count: | 8 |

| | |
|---|---|
| Image Name: | ChickenBreastBnlsSknls007_ADL |
| Registration Number: | VA0002046891 |
| Registration Date: | January 23, 2017 |
| Creation Date: | November 21, 1998 |
| Publication Date: | December 5, 1998 |
| First Documented Appearance: | July 20, 2017 |
| Infringement Count: | 11 |

| | |
|---|---|
| Image Name: | ChickenBreastsCooked0309 |
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | August 17, 1994 |
| Publication Date: | August 24, 1994 |
| First Documented Appearance: | April 28, 2017 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | ChickenThighDrumstick002_ADL |
| Registration Number: | VA0002046824 |
| Registration Date: | January 26, 2017 |
| Creation Date: | February 5, 1998 |
| Publication Date: | February 12, 1998 |
| First Documented Appearance: | April 26, 2017 |
| Infringement Count: | 1 |

| | | |
|---|---|---|
| | Image Name: | ChickenWingBBQ001_ADL |
| | Registration Number: | VA0002046824 |
| | Registration Date: | January 26, 2017 |
| | Creation Date: | September 7, 1998 |
| | Publication Date: | September 14, 1998 |
| | First Documented Appearance: | July 19, 2017 |
| | Infringement Count: | 93 |
| | Image Name: | ChiliHotDog004_ADL |
| | Registration Number: | VA0002046803 |
| | Registration Date: | February 5, 2017 |
| | Creation Date: | November 6, 1998 |
| | Publication Date: | November 13, 1998 |
| | First Documented Appearance: | April 26, 2017 |
| | Infringement Count: | 1 |
| | Image Name: | ColdCutAsst026_ADL |
| | Registration Number: | VA0002046821 |
| | Registration Date: | January 29, 2017 |
| | Creation Date: | May 13, 1998 |
| | Publication Date: | May 20, 1998 |
| | First Documented Appearance: | June 1, 2017 |
| | Infringement Count: | 1 |
| | Image Name: | CornedBeefDinner013 |
| | Registration Number: | VA0002012581 |
| | Registration Date: | August 5, 2016 |
| | Creation Date: | April 1, 1999 |
| | Publication Date: | April 9, 1999 |
| | First Documented Appearance: | June 1, 2017 |
| | Infringement Count: | 97 |
| | Image Name: | DonutPumpkin002 |
| | Registration Number: | VA0002022067 |
| | Registration Date: | November 11, 2016 |
| | Creation Date: | April 21, 1998 |
| | Publication Date: | May 5, 1998 |
| | First Documented Appearance: | July 20, 2017 |
| | Infringement Count: | 97 |
| | Image Name: | GrapeAsstBox001_ADL |
| | Registration Number: | VA0002045006 |
| | Registration Date: | April 17, 2017 |
| | Creation Date: | June 10, 1997 |
| | Publication Date: | June 17, 1997 |
| | First Documented Appearance: | July 3, 2017 |

| | | |
|---|---|---|
| | Infringement Count: | 23 |
| | | |
| | Image Name: | HamburgerPattiesRaw001_ADL |
| | Registration Number: | VA0002045012 |
| | Registration Date: | April 7, 2017 |
| | Creation Date: | July 6, 1995 |
| | Publication Date: | July 13, 1995 |
| | First Documented Appearance: | July 18, 2017 |
| | Infringement Count: | 3 |
| | | |
| | Image Name: | HotDogHamburgerBuns001_ADL |
| | Registration Number: | VA0002046936 |
| | Registration Date: | March 7, 2017 |
| | Creation Date: | August 21, 2000 |
| | Publication Date: | September 5, 2000 |
| | First Documented Appearance: | July 18, 2017 |
| | Infringement Count: | 3 |
| | | |
| | Image Name: | MangosHR0612 |
| | Registration Number: | VA0002022602 |
| | Registration Date: | November 18, 2016 |
| | Creation Date: | June 21, 1994 |
| | Publication Date: | July 5, 1994 |
| | First Documented Appearance: | July 19, 2017 |
| | Infringement Count: | 100 |
| | | |
| | Image Name: | Meatloaf003_ADL |
| | Registration Number: | VA0002045012 |
| | Registration Date: | April 7, 2017 |
| | Creation Date: | September 21, 1995 |
| | Publication Date: | October 5, 1995 |
| | First Documented Appearance: | July 5, 2017 |
| | Infringement Count: | 101 |
| | | |
| | Image Name: | OnionsVidaliaHR0305 |
| | Registration Number: | VA0002022966 |
| | Registration Date: | November 26, 2016 |
| | Creation Date: | November 14, 1994 |
| | Publication Date: | November 21, 1994 |
| | First Documented Appearance: | July 18, 2017 |
| | Infringement Count: | 3 |
| | | |
| | Image Name: | PearBosc001_ADL |
| | Registration Number: | VA0002045013 |
| | Registration Date: | April 17, 2017 |
| | Creation Date: | January 17, 1997 |
| | Publication Date: | January 24, 1997 |

|  |  |  |
|---|---|---|
|  | First Documented Appearance: | May 3, 2017 |
|  | Infringement Count: | 127 |
|  | Image Name: | PearRedDAnjou001_ADL |
|  | Registration Number: | VA0002045013 |
|  | Registration Date: | April 17, 2017 |
|  | Creation Date: | January 17, 1997 |
|  | Publication Date: | January 24, 1997 |
|  | First Documented Appearance: | May 15, 2017 |
|  | Infringement Count: | 94 |
|  | Image Name: | PearYellow001_ADL |
|  | Registration Number: | VA0002045013 |
|  | Registration Date: | April 17, 2017 |
|  | Creation Date: | January 17, 1997 |
|  | Publication Date: | January 24, 1997 |
|  | First Documented Appearance: | May 3, 2017 |
|  | Infringement Count: | 129 |
|  | Image Name: | PersimmonsHR0408a |
|  | Registration Number: | VA0002024450 |
|  | Registration Date: | December 9, 2016 |
|  | Creation Date: | February 13, 1994 |
|  | Publication Date: | February 20, 1994 |
|  | First Documented Appearance: | June 1, 2017 |
|  | Infringement Count: | 1 |
|  | Image Name: | PorkChopBnls002_ADL |
|  | Registration Number: | VA0002025647 |
|  | Registration Date: | December 30, 2016 |
|  | Creation Date: | March 5, 1996 |
|  | Publication Date: | March 12, 1996 |
|  | First Documented Appearance: | July 20, 2017 |
|  | Infringement Count: | 101 |
|  | Image Name: | PorkRibBabyBack006 |
|  | Registration Number: | VA0002020735 |
|  | Registration Date: | October 23, 2016 |
|  | Creation Date: | April 21, 1994 |
|  | Publication Date: | May 5, 1994 |
|  | First Documented Appearance: | November 1, 2016 |
|  | Infringement Count: | 29 |
|  | Image Name: | RawShrimp005_ADL |
|  | Registration Number: | VA0002055106 |
|  | Registration Date: | May 16, 2017 |
|  | Creation Date: | January 7, 1994 |

| | | |
|---|---|---|
| | Publication Date: | January 23, 1994 |
| | First Documented Appearance: | July 7, 2017 |
| | Infringement Count: | 96 |
| | Image Name: | RomaTomatoes001_ADL |
| | Registration Number: | VA0002055118 |
| | Registration Date: | April 27, 2017 |
| | Creation Date: | August 30, 1996 |
| | Publication Date: | September 10, 1996 |
| | First Documented Appearance: | July 20, 2017 |
| | Infringement Count: | 132 |
| | Image Name: | RumpRoastCooked002_ADL |
| | Registration Number: | VA0002044969 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | April 13, 1995 |
| | Publication Date: | April 17, 1995 |
| | First Documented Appearance: | July 18, 2017 |
| | Infringement Count: | 3 |
| | Image Name: | SandwichTunaSalad001 |
| | Registration Number: | VA0002017741 |
| | Registration Date: | September 20, 2016 |
| | Creation Date: | July 11, 2005 |
| | Publication Date: | July 19, 2005 |
| | First Documented Appearance: | September 21, 2016 |
| | Infringement Count: | 1 |
| | Image Name: | SausagePasta001 |
| | Registration Number: | VA0002019921 |
| | Registration Date: | October 14, 2016 |
| | Creation Date: | March 2, 1997 |
| | Publication Date: | March 9, 1997 |
| | First Documented Appearance: | October 14, 2016 |
| | Infringement Count: | 12 |
| | Image Name: | SubAmericanColdCut008 |
| | Registration Number: | VA0002017741 |
| | Registration Date: | September 20, 2016 |
| | Creation Date: | June 24, 2005 |
| | Publication Date: | July 8, 2005 |
| | First Documented Appearance: | September 9, 2016 |
| | Infringement Count: | 1 |
| | Image Name: | SweetYellowOnions001_ADL |
| | Registration Number: | VA0002025939 |
| | Registration Date: | January 6, 2017 |

|  |  |  |
|---|---|---|
|  | Creation Date: | August 12, 1994 |
|  | Publication Date: | August 27, 1994 |
|  | First Documented Appearance: | July 18, 2017 |
|  | Infringement Count: | 3 |
|  | Image Name: | WatermelonSeedless003_ADL |
|  | Registration Number: | VA0002045016 |
|  | Registration Date: | April 7, 2017 |
|  | Creation Date: | May 19, 1998 |
|  | Publication Date: | May 26, 1998 |
|  | First Documented Appearance: | July 18, 2017 |
|  | Infringement Count: | 104 |
|  | Image Name: | WrapTurkeyHam001 |
|  | Registration Number: | VA0002017741 |
|  | Registration Date: | September 20, 2016 |
|  | Creation Date: | November 8, 2005 |
|  | Publication Date: | November 16, 2005 |
|  | First Documented Appearance: | September 21, 2016 |
|  | Infringement Count: | 1 |
|  | Image Name: | BeefChuckSteakBnInGrlMrk001_ADL |
|  | Registration Number: | VA0002025765 |
|  | Registration Date: | January 5, 2017 |
|  | Creation Date: | September 9, 1997 |
|  | Publication Date: | September 16, 1997 |
|  | First Documented Appearance: | July 26, 2017 |
|  | Infringement Count: | 30 |
|  | Image Name: | BeefHamburger002_ADL |
|  | Registration Number: | VA0002047015 |
|  | Registration Date: | January 15, 2017 |
|  | Creation Date: | April 7, 1998 |
|  | Publication Date: | April 14, 1998 |
|  | First Documented Appearance: | July 25, 2017 |
|  | Infringement Count: | 1 |
|  | Image Name: | CatfishFillet003_ADL |
|  | Registration Number: | VA0002047004 |
|  | Registration Date: | March 7, 2017 |
|  | Creation Date: | March 1, 1998 |
|  | Publication Date: | March 8, 1998 |
|  | First Documented Appearance: | July 27, 2017 |
|  | Infringement Count: | 8 |
|  | Image Name: | CherryBing006_ADL |
|  | Registration Number: | VA0002047017 |

| | | |
|---|---|---|
| | Registration Date: | March 5, 2017 |
| | Creation Date: | June 18, 2000 |
| | Publication Date: | June 25, 2000 |
| | First Documented Appearance: | July 25, 2017 |
| | Infringement Count: | 146 |
| | Image Name: | MushroomsWhiteHR0305 |
| | Registration Number: | VA0002021644 |
| | Registration Date: | November 4, 2016 |
| | Creation Date: | June 2, 1996 |
| | Publication Date: | June 9, 1996 |
| | First Documented Appearance: | July 27, 2017 |
| | Infringement Count: | 101 |
| | Image Name: | Scallion002_ADL |
| | Registration Number: | VA0002055108 |
| | Registration Date: | May 3, 2017 |
| | Creation Date: | March 19, 1997 |
| | Publication Date: | March 25, 1997 |
| | First Documented Appearance: | July 25, 2017 |
| | Infringement Count: | 157 |
| | Image Name: | CodFilletAsparagus001_ADL |
| | Registration Number: | VA0002055126 |
| | Registration Date: | April 27, 2017 |
| | Creation Date: | September 28, 1998 |
| | Publication Date: | October 8, 1998 |
| | Infringement Count: | |
| | Image Name: | PorkSpareRibsCooked0306 |
| | Registration Number: | VA0002022966 |
| | Registration Date: | November 26, 2016 |
| | Creation Date: | May 3, 1994 |
| | Publication Date: | May 10, 2017 |
| | Infringement Count: | |
| | Image Name: | SharkSteaksCooked001_ADL |
| | Registration Number: | VA0002045003 |
| | Registration Date: | April 19, 2017 |
| | Creation Date: | August 30, 1994 |
| | Publication Date: | September 7, 1994 |
| | Infringement Count: | |
| | Image Name: | RawBeefLiver001_ADL |
| | Registration Number: | VA0002025644 |
| | Registration Date: | December 30, 2016 |
| | Creation Date: | May 21, 1994 |

| | | |
|---|---|---|
| | Publication Date: | June 5, 1994 |
| | Infringement Count: | |
| | Image Name: | Bananas004_ADL |
| | Registration Number: | VA0002044966 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | September 1, 2002 |
| | Publication Date: | September 22, 2002 |
| | Infringement Count: | |
| | Image Name: | Broccoli002_ADL |
| | Registration Number: | VA0002044966 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | July 8, 2002 |
| | Publication Date: | July 17, 2002 |
| | Infringement Count: | |
| | Image Name: | Cauliflower0409 |
| | Registration Number: | VA0002023644 |
| | Registration Date: | December 2, 2016 |
| | Creation Date: | September 7, 1994 |
| | Publication Date: | September 14, 1994 |
| | Infringement Count: | |
| | Image Name: | HamburgersHR0307 |
| | Registration Number: | VA0002022966 |
| | Registration Date: | November 26, 2016 |
| | Creation Date: | September 5, 1994 |
| | Publication Date: | September 12, 1994 |
| | Infringement Count: | |
| | Image Name: | Cauliflower_ADL |
| | Registration Number: | VA0002044966 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | November 24, 2002 |
| | Publication Date: | December 13, 2002 |
| | Infringement Count: | |
| | Image Name: | Sole009_ADL |
| | Registration Number: | VA0002055102 |
| | Registration Date: | May 15, 2017 |
| | Creation Date: | October 11, 1997 |
| | Publication Date: | October 21, 1997 |
| | Infringement Count: | |
| | Image Name: | BaconCheeseburgerFries001_ADL |
| | Registration Number: | VA0002045015 |



| Registration Date: | April 7, 2017 |
|---|---|
| Creation Date: | August 21, 1995 |
| Publication Date: | September 5, 1995 |
| Infringement Count: | |