# Exhibit 38

Mathew K. Higbee (*Pro Hac Vice*)
Naomi Sarega (*Pro Hac Vice*)
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
nsarega@higbeeassociates.com

Gregory P. Howard
DONOVAN O'CONNOR & DODIG
116 South St.,
Bennington, VT 05201
(802) 442-3233
gph@docatty.com
*Attorneys for Defendant/Counterclaim Plaintiff,*
*ADLIFE MARKETING*
*& COMMUNICATIONS CO., INC.,*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MYWEBGROCER, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No. 5:16-CV-00310-GWE <br><br> **DECLARATION OF DOUGLAS FLEURANT IN SUPPORT OF ADLIFE'S OPPOSITION TO MYWEBGROCER'S MOTION FOR SUMMARY JUDGMENT AS TO COPYRIGHT INFRINGEMENT LIABILITY** |

1

## DECLARATION OF DOUGLAS FLEURANT

I, Douglas Fleurant, declare as follows:

1.  I am the Chief Financial Officer for Defendant and Counertclaim Plaintiff Adlife Marketing & Communications Co., Inc. ("Adlife") in the above-entitled case. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.  As part of its counterclaim, Adlife has identified infringing use of its MangosHR0612 image by Piggly Wiggly branded stores in Wisconsin and Illinois, which were attached as infringement data sheets to Exhibit D to Adlife's First Amended Counterclaim.

3.  Each Piggly Wiggly store is an independently owned and operated franchise.

4.  MyWebGrocer, in its Motion for Summary Judgment, claims that "Piggly Wiggly" is a subscriber to www.preparedfoodphotos.com.

5.  As evidence, MyWebGrocer attached a subscriber listing for www.preparedfoodphotos.com, which lists "Piggly Wiggly" as a subscriber.

6.  Currently, a company called Piggly Wiggly Alabama Distributing Company, Inc. is a subscriber to www.preparedfoodphotos.com.

7.  Piggly Wiggly Alabama Distributing Company, Inc. is the entity listed as "Piggly Wiggly" on the subscriber list.

8.  Piggly Wiggly Alabama Distributing Company, Inc.'s subscription to www.preparedfoodphotos.com does not cover any stores located in Illinois or Wisconsin, and I am informed and believe that those Piggly Wiggly branded stores depicted in the infringement data sheets attached as Exhibit D to Adlife's First Amended Counterclaim are operated by a separate company, Piggly Wiggly Midwest, LLC.

9. Attached hereto as Exhibit A is a true and correct list that I have compiled of all of the stores covered by Piggly Wiggly Alabama Distributing Company, Inc.'s subscription to www.preparedfoodphotos.com.

10. Piggly Wiggly Midwest, LLC does not have a subscription to www.preparedfoodphotos.com.

11. I am not aware of any Piggly Wiggly stores located in Illinois or Wisconsin that have ever had a subscription to www.preparedfoodphotos.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 28, 2019

_____
Douglas Fleurant