UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 APR -1  PM 4: 01

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| MYWEBGROCER, INC. ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant ) | |
| ) | |
| v. ) | Civil Action No. 5:16-cv-00310-gwc |
| ) | |
| ADLIFE MARKETING &, ) | |
| COMMUNICATIONS CO., INC. ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff ) | |
| ) | |

## ASSENTED-TO MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

Pursuant to Local Rules 5.2 and 7, Plaintiff MyWebGrocer, Inc. ("MyWebGrocer"), by and through its attorneys Downs Rachlin Martin PLLC, hereby moves for leave to file the following documents in unredacted form under seal:

- MyWebGrocer's Response in Opposition to Defendant's Motion for Summary Judgment;

- MyWebGrocer's Statement of *Disputed* Material Facts in Response to Defendant's Separate Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment; and

- Second Affidavit of Jerry Tarrant.

These documents contain material which has been designated "Confidential" pursuant to the Confidentiality Stipulation and Protective Order (ECF 40) entered in this case.

Pursuant to Local Rule 7(a)(7), the undersigned certifies that MyWebGrocer made a good faith attempt to obtain Defendant's assent to the relief requested herein, and that Defendant's counsel has provided the requested assent.

WHEREFORE, MyWebGrocer respectfully requests that this Court GRANT its Motion to File the foregoing documents in unredacted form under seal and in redacted form on ECF.

Dated at Burlington, Vermont this 1st day of April, 2019.

MYWEBGROCER, INC.

*/s/ Evan J. O'Brien*

Cathleen E. Stadecker
Matthew S. Borick
Evan J. O'Brien
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Fax: 802-862-7512
cstadecker@drm.com
mborick@drm.com
eobrien@drm.com

Attorneys For MyWebGrocer, Inc.
